**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Angela G. Parks                           CHAPTER 13

Debtor(s)

BKY. NO. 18-13931 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH2 Asset Backed Pass-Through Certificates, Series 2007-CH2 and index same on the master mailing list.

                                         Respectfully submitted,

                                         /s/ **Brian C. Nicholas**
                                         Brian Nicholas
                                         06 Oct 2022, 16:14:56, EDT

                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106-1532
                                         (215) 627-1322

Document ID: 865960be9001e271e69f3386677f22f93d14ef8885386a60eb0c2d8a6e5ed5a2