United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-13931-pmm |
| Angela G. Parks | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 22, 2023 | Form ID: 138OBJ | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela G. Parks, 1257 S. Ringgold Street, Philadelphia, PA 19146-4014 |
| 14161335 | | DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE, c/o JODI L. HAUSE, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14727728 | + | Deutsche Bank National Trust Co., c/o Brian C. Nicolas, Esq, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14121655 | + | Penn Medicine, 3400 Spruce Street, Philadelphia, PA 19104-4294 |
| 14121656 | + | Philadelphia FCU, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14121657 | + | Planet Fitness, 2350 Oregon Ave, Philadelphia, PA 19145-4122 |
| 14121659 | + | U.S. Dept. of Education, Federal Offset Unit, PO Box 4220, Iowa City, IA 52244 |
| 14121660 | + | Univ. of Pennsylvania Small Animal Hosp., 3850 Spruce Street, Philadelphia, PA 19104-4198 |
| 14121662 | | University of Pennsylvania PAH, BOX 757435, Philadelphia, PA 19175-7435 |
| 14121663 | + | University of Pennsylvania Vet Hospital, 3900 Spruce Street, Philadelphia, PA 19104-4113 |
| 14165667 | + | William E. Craig, Esq., Morton & Craig, LLC, Atty for Nissan Motor Acceptance Corp, 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3124 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Mar 23 2023 00:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 23 2023 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14236211 | Email/Text: megan.harper@phila.gov | Mar 23 2023 00:03:00 | City of Philadelphia, Law Department Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14121643 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 23 2023 00:03:00 | Comenity Bank/Avenue, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14121644 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 23 2023 00:03:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14121646 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 23 2023 00:03:00 | Comenity Bank/Woman Within, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14121645 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 23 2023 00:03:00 | Comenity Bank/roamans, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14121647 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 23 2023 00:03:00 | Comenitycapital/modell, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14121648 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 23 2023 00:07:54 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14121649 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 23 2023 00:08:01 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14214117 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 22, 2023 | Form ID: 138OBJ | Total Noticed: 42 |

|  |  | Mar 23 2023 00:03:00 | Deutsche Bank National Trust Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
|---|---|---|---|
| 14231525 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 23 2023 00:03:00 | Deutsche Bank National Trust Company, as Trustee,, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14121650 | + Email/Text: bnc-bluestem@quantum3group.com | Mar 23 2023 00:03:00 | Fingerhut, Bankruptcy Dept, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 14121651 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 23 2023 00:07:54 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14179670 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 23 2023 00:07:58 | JPMorgan Chase Bank, National Association, Et.al., Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 14121642 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 23 2023 00:07:54 | Chase Mortgage, Attn: Case Research & Bankruptcy, Po Box 24696, Columbus, OH 43224 |
| 14183746 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 23 2023 00:08:01 | LVNV Funding, LLC its successors and assigns as, assignee of CONSUMER LOAN UNDERLYING, BOND (CLUB) GRANTOR TRUST, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14181835 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 23 2023 00:08:01 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14170383 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 23 2023 00:07:54 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14121652 | + Email/Text: Documentfiling@lciinc.com | Mar 23 2023 00:03:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 14121653 | + Email/PDF: pa_dc_claims@navient.com | Mar 23 2023 00:08:01 | NAVIENT, PO BOX 9655, WILKES BARRE, PA 18773-9655 |
| 14192018 | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 23 2023 00:08:01 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14129262 | Email/Text: NissanBKNotices@nationalbankruptcy.com | Mar 23 2023 00:03:00 | Nissan - Infiniti LT, POB 660366, Dallas, TX 75266-0366 |
| 14121654 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Mar 23 2023 00:03:00 | Nissan Motor Acceptance Corp/Infinity Lt, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 14180161 | + Email/Text: JCAP_BNC_Notices@jcap.com | Mar 23 2023 00:03:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14175872 | Email/Text: bnc-quantum@quantum3group.com | Mar 23 2023 00:03:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14180945 | Email/Text: bnc-quantum@quantum3group.com | Mar 23 2023 00:03:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14180946 | Email/Text: bnc-quantum@quantum3group.com | Mar 23 2023 00:03:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14183984 | + Email/Text: bncmail@w-legal.com | Mar 23 2023 00:03:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14121658 | Email/Text: bncmail@w-legal.com | Mar 23 2023 00:03:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |

District/off: 0313-2                            User: admin                                    Page 3 of 4
Date Rcvd: Mar 22, 2023                     Form ID: 138OBJ                           Total Noticed: 42

14121661        +  Email/Text: Lizann.Davis@pennmedicine.upenn.edu

Mar 23 2023 00:03:00    University of Pennsylvania Hospital, 800 Spruce
Street, Philadelphia, PA 19107-6192

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2023                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BERNADETTE IRACE | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust birace@milsteadlaw.com, bkecf@milsteadlaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JODI L. HAUSE | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE ET. AL. jodi.hause@phelanhallinan.com, paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW CHRISTIAN WALDT | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| ROGER FAY | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE ET. AL. rfay@milsteadlaw.com, bkecf@milsteadlaw.com |
| ROGER FAY | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH2 Asset Backed Pass-Through Certificates, Series 2007-CH2 rfay@milsteadlaw.com, bkecf@milsteadlaw.com |
| RONALD G. MCNEIL | on behalf of Debtor Angela G. Parks r.mcneil1@verizon.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Nissan Motor Acceptance Corporation servicer for Nissan-Infiniti, Lt ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

District/off: 0313-2

Date Rcvd: Mar 22, 2023

TOTAL: 11

User: admin

Form ID: 138OBJ

Page 4 of 4

Total Noticed: 42

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Angela G. Parks

               Debtor(s)

Case No: 18−13931−pmm

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/22/23