United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Angela G. Parks  
    Debtor

Case No. 18-13931-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Apr 14, 2023      Form ID: 3180W      Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela G. Parks, 1257 S. Ringgold Street, Philadelphia, PA 19146-4014 |
| 14192018 | | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14121656 | + | Philadelphia FCU, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 14 2023 23:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Apr 15 2023 03:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 14 2023 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14236211 | | Email/Text: megan.harper@phila.gov | Apr 14 2023 23:42:00 | City of Philadelphia, Law Department Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14231525 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 14 2023 23:42:00 | Deutsche Bank National Trust Company, as Trustee,, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14183746 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2023 23:53:40 | LVNV Funding, LLC its successors and assigns as, assignee of CONSUMER LOAN UNDERLYING, BOND (CLUB) GRANTOR TRUST, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14181835 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2023 23:53:29 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14170383 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2023 23:53:29 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14121652 | + | EDI: LENDNGCLUB | Apr 15 2023 03:36:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 14192018 | | EDI: MAXMSAIDV | Apr 15 2023 03:36:00 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14129262 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 14 2023 23:42:00 | Nissan - Infiniti LT, POB 660366, Dallas, TX 75266-0366 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 14, 2023 | Form ID: 3180W | Total Noticed: 17 |

| | | | | |
|---|---|---|---|---|
| 14180161 | + | EDI: JEFFERSONCAP.COM | Apr 15 2023 03:42:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14175872 | | EDI: Q3G.COM | Apr 15 2023 03:42:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14180945 | | EDI: Q3G.COM | Apr 15 2023 03:42:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14180946 | | EDI: Q3G.COM | Apr 15 2023 03:42:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14183984 | + | Email/Text: bncmail@w-legal.com | Apr 14 2023 23:42:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 16, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BERNADETTE IRACE | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust birace@milsteadlaw.com, bkecf@milsteadlaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JODI L. HAUSE | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE ET. AL. jodi.hause@phelanhallinan.com, paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW CHRISTIAN WALDT | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| ROGER FAY | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 14, 2023 | Form ID: 3180W | Total Noticed: 17 |

on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE ET. AL. rfay@milsteadlaw.com, bkecf@milsteadlaw.com

ROGER FAY

on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust rfay@milsteadlaw.com, bkecf@milsteadlaw.com

ROGER FAY

on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH2 Asset Backed Pass-Through Certificates, Series 2007-CH2 rfay@milsteadlaw.com, bkecf@milsteadlaw.com

RONALD G. MCNEIL, Esquire

on behalf of Debtor Angela G. Parks r.mcneil1@verizon.net

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

on behalf of Creditor Nissan Motor Acceptance Corporation  servicer for Nissan-Infiniti, Lt ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 12

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Angela G. Parks<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–8190<br>EIN __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 18–13931–pmm | |

# Order of Discharge                                                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Angela G. Parks

   4/13/23                                                **By the court:** Patricia M. Mayer
                                                                           United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**